No. 65348.—International Fisheries Corporation *v.* United States, protests 151425–K, 153446–K, and 182680–K (San Francisco).

Opinion by WILSON, J. The protests were dismissed.

BEFORE THE SECOND DIVISION, MARCH 30, 1961

No. 65349.—B. Shackman & Co. and S. Stern Henry & Co. et al. *v.* United States, protests 304972–K, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of paper boxes the same in all material respects as those the subject of *B. Shackman & Co.* v. *United States* (26 Cust. Ct. 111, C.D. 1309), the claim of the plaintiffs was sustained.

No. 65350.—Frank Kraus *v.* United States, protest 59/29043 (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of paper needle holders the same in all material respects as those the subject of Abstract 63099, the claim of the plaintiff was sustained.

No. 65351.—The Brabant Needle Co., Inc. *v.* United States, protest 60/11574 (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of needle wrappers the same in all material respects as those the subject of Abstract 63395, the claim of the plaintiff was sustained.